*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# District of Columbia
# Court of Appeals

**No. 20-BG-389**

IN RE MICHELLE SPIRTOS, ESQUIRE
A Member of the Bar of the District
of Columbia Court of Appeals
**Bar Registration No.** 493459                    **DDN**: 2011-D151

BEFORE: Beckwith and McLeese, Associate Judges, and Steadman, Senior Judge.

## O R D E R

On consideration of the petition of the Board on Professional Responsibility ("Board") pursuant to D.C. Bar R. XI, § 13(c) and (e), to suspend respondent indefinitely based on disability, the Board's motion to file under seal, and it appearing that respondent did not file an opposition, it is

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters be held in abeyance pursuant to D.C. Bar R. XI, § 13(g). It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys.

**PER CURIAM**